IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | | | |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Date: | November 6, 2015 |
| Court Reporter: | Gwen Daniel | Probation: | Justine Kozak |
| Interpreter: | Susana Cahill | Time: | forty-five minutes |

Criminal Action No. **15-cr-00238-WJM**         <u>Counsel:</u>

UNITED STATES OF AMERICA,                  Mark J. Barrett

    Plaintiff,

v.

**1. ALBERTO PORRAS-CHAVEZ**,                Edward R. Harris

    Defendant.

## COURTROOM MINUTES

**HEARING - SENTENCING**

**2:04.m.         Court in Session**

Appearances of counsel.

Defendant is present and in custody.

Oath administered to the Interpreter (Spanish).

Oath administered to the defendant.

Sentencing Statement by Mr. Barrett.

Sentencing Statement by Mr. Harris.

1

Sentencing Statement by Ms. Kozak.

Sentencing Statement by Mr. Barrett.

Sentencing Statement by Ms. Kozak.

Defendant's oral motion for one-level downward variance.

Argument by Mr. Harris.

Argument by Mr. Barrett.

Defendant's Allocution.

**ORDERED:   Defendant's oral motion for one-level downward variance is GRANTED.**

**ORDERED:   The Government's Motion for an Additional One-Level Reduction for Acceptance of Responsibility Under §3E1.1 [ECF Doc. No. 22], filed September 28, 2015, is GRANTED.**

**ORDERED:   The Defendant's Motion for a Variant Sentence [ECF Doc. No. 25], filed October 6, 2015, is GRANTED.**

Defendant plead guilty to Count One of the Indictment on August 6, 2015.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Alberto Porras-Chavez, be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 8 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**No period of Supervised Release is imposed.**

**The defendant is advised that if he re-enters or remains in the United States illegally, possesses a firearm or illegally possesses a controlled substance, he may be subject to further federal prosecution.**

> **The Court waives the mandatory drug testing provision of 18 U.S.C. §§ 3563(a)(5) because it is likely the defendant will be deported.**
>
> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:   The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.**

**ORDERED:   Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal his conviction as well as the sentence imposed except in very limited circumstances.

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

**2:49 p.m.      Court in Recess**

**Hearing concluded.**